UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARTER TOWNSHIP OF
WEST BLOOMFIELD,

    Plaintiff/Counter-Defendant,

Case No. 15-cv-14248
Hon. Matthew F. Leitman

v.

COMCAST OF COLORADO/FLORIDA/
MICHIGAN/NEW MEXICO/
PENNSYLVANIA/WASHINGTON, LLC,

    Defendant/Counter-Claimant.

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO REMAND [ECF #7]

On December 4, 2015, Defendant removed this action to this Court from the Oakland County Circuit Court. Plaintiff thereafter filed a motion to remand. (ECF #7.) On February 3, 2016, the Court held a hearing on the motion to remand. For the reasons stated on the record at the hearing, the motion to remand is **DENIED**.

    **IT IS SO ORDERED.**

                                    /s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated: February 3, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 3, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(313) 234-5113