UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARTER TOWNSHIP OF
WEST BLOOMFIELD,

    Plaintiff/Counter-Defendant,         Case No. 15-cv-14248
                                                    Hon. Matthew F. Leitman

v.

COMCAST OF COLORADO/
FLORIDA/MICHIGAN/NEW
MEXICO/PENNSYLVANIA/
WASHINGTON, LLC,

    Defendant/Counter-Plaintiff.
_____

## **ORDER TO ATTEND SETTLEMENT CONFERENCE**

**IT IS HEREBY ORDERED** that on June 26, 2017, at 9:00 a.m., the parties shall appear at the Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226, Room 101, for a settlement conference to be conducted by United States District Judge Bernard A. Friedman. On behalf of Plaintiff, the following individuals shall appear: at least one of Plaintiff's attorneys, the elected Supervisor of West Bloomfield Township, and at least two other elected West Bloomfield Township Trustees. On behalf of Defendants, the following individuals shall appear: at least one of Defendants' attorneys and a representative of Defendants with full settlement authority.

1

Failure to appear as directed, or failure to follow all terms of this notice, will result in entry of a default judgment or dismissal. Each party shall submit a confidential one-page summary of the case to Judge Friedman three days prior to the conference (via fax no. 313-234-5356 or mail/hand delivery). This summary should not be filed on the docket and should not be served on the opposing party/parties.

If you have any questions concerning this conference, contact Carol L. Mullins, Case Manager to the Honorable Bernard Friedman at 313-234-5172.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 25, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 25, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113